IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SCOTT RUFFER, | ) | 5:20-cv-02282 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GLOBAL TELEHEALTH SERVICE, INC, ET AL., | ) ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff(s) shall identify experts, if any, by May 10, 2021.  The defendant(s) is to identify experts, if any, by May 24, 2021.   "Identify" means to provide the expert's name and curriculum vitae.  The parties must exchange expert reports at least 90 days before the date set for trial.  Rebuttal reports are due 30 days following the initial reports.  Counsel are to provide the Court with copies of expert reports.

Any objection to the qualifications of expert witnesses under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, must be filed two months before the standby trial date.  A party WAIVES the right to object to the qualifications of a testifying witness if the party fails to file an objection by this date.  Responses to such motions must be filed no later than 7 consecutive days after the motion is filed.

IT IS SO ORDERED.


Dated: April 9, 2021               s/     James S. Gwin
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE