The Court approves voluntary dismissal with prejudice 6/23/2021. The Court retains jurisdiction to enforce any settlement terms.

s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SCOTT RUFFER, | ) | Case No. 5:20-cv-02282 |
| | ) | |
| Plaintiff, | ) | Judge James S. Gwin |
| | ) | |
| v. | ) | Magistrate Judge William H. Baughman, Jr. |
| | ) | |
| GLOBAL TELEHEALTH SERVICES, INC., *et al.*, | ) ) | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

Now comes Plaintiff Scott Ruffer and Defendants Integrated Telehealth Inc. d/b/a Global Telehealth Services, (incorrectly named by Plaintiff as Global Telehealth Services, Inc.) ("GTS"), Christopher T. Beseda, Thomas W. Swidarski, David M. Thomas, Brian Battey, and Vicki Tifft by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby stipulate to voluntarily dismiss this action. Each party to pay their own Court costs.

Dated: June 22, 2021

Respectfully Submitted,

/s/ *Jonathan T. Hyman*
JONATHAN T. HYMAN (0068812)
Wickens Herzer Panza
35765 Chester Road
Avon, OH 44011
Phone: (440) 695-8000
Fax:    (440) 695-8098
jhyman@wickenslaw.com

*Attorney for Plaintiff Scott Ruffer*

/s/ *Louis J. Licata*
LOUIS J. LICATA (0007034)
Gertsburg Licata Co., LPA
600 E Granger Rd., Ste. 200
Cleveland, OH 44131
Phone: (216) 573-6000
Fax:    (216) 573-9998
ljlicata@gertsburglicata.com

*Attorney for Defendants Integrated Telehealth Inc. d/b/a Global Telehealth Services, Christopher T. Beseda, Thomas W. Swidarski, David M. Thomas, Brian Battey, and Vicki Tifft*